08 CV 5477

Judge McMahon

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RATES TECHNOLOGY INC.

Plaintiff,

-v-

VOIP.COM

Defendant.

Case No. _____

**Rule 7.1 Statement**



RECEIVED
JUN 17 2008
U.S.D.C. S.D.N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Rates Technology Inc.         (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date: June 17, 2008

Signature of Attorney

Attorney Bar Code: RE 8941

Form Rule7_1.pdf SDNY Web 10/2007