UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

RATES TECHNOLOGY INC.

    Plaintiff,

    v.

VOIP.COM.

    Defendant.
-------------------------------------------------------X

CASE NO. 1:08-cv-05477-CM

## NOTICE OF DISMISSAL

Plaintiff, Rates technology Inc., by its undersigned attorneys and pursuant to Federal Rules of Civil Procedure 41(a)(1)(i), hereby gives notice of the dismissal of the above-captioned action, with prejudice, with each party to bear its own attorney's fees, costs and expenses.

DATED: July 2, 2008

EPSTEIN DRANGEL BAZERMAN & JAMES, LLP

By: _____
Robert L. Epstein, Esq. (RE 8941)
60 East 42nd Street, Suite 820
New York, New York 10165
Tel. No.: (212) 292 5390
Fax. No.: (212) 292-5391

Attorneys for Plaintiff Rates Technology Inc.